[No. 27113-0-I. Division One. July 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMOND MYLES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-02066-7, R. Joseph Wesley, J., entered July 18, 1990. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman and Thompson, JJ.

[No. 27471-6-I. Division One. July 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES D. LOWE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-04850-2, Steven G. Scott, J., entered December 5, 1990. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman and Thompson, JJ.

[No. 27862-2-I. Division One. July 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO PENA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06371-9, James A. Noe, J., entered February 5, 1991. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Baker, JJ.

[No. 28854-7-I. Division One. July 20, 1992.]

JAMES R. IRWIN, ET AL, *Appellants*, v. UNITED SERVICES AUTOMOBILE ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-00535-4, Sally Pasette, J., entered June 18, 1991. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Forrest, JJ.